# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | No. 04-0358-01-CR-W-FJG |
| James B. Johnson, ) | |
| Defendant. ) | |

## ORDER

The parties in the above-styled case have filed motions in limine (Docs. #52, #56, and #32) and responses thereto (Docs. #54, #64, and Docs. #37 respectively) which are ruled as follows.

Plaintiff's motion in limine to exclude post-arrest self serving statements offered by defense (Doc. #52), filed April 20, 2005, is denied on all issues raised.

Plaintiff's second motion in limine (Doc. #56), filed April 22, 2005, to exclude evidence related to a search warrant executed at 521 Maple, Kansas City, Missouri, is granted in all respects. However, defendant may introduce evidence that the location at issue is in a high crime area. Before doing so, the defense must approach the bench to explain how this will be done.

Defendant's motion in limine (Doc. #32), filed April 6, 2005, is not opposed by plaintiff. Therefore, defendant's motion in limine is sustained.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated:   May 17, 2005
Kansas City, Missouri